1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 Luis Enrique Ramos Perez,                     **NO. CV-25-01886-PHX-ASB**

10                Plaintiff,                     **ORDER**

11 v.

12 Evolet's Painting Service LLC, et al.,

13                Defendants.

14

15        This matter was assigned to Magistrate Judge Alison S. Bachus. (Doc. 6). On

16 December 15, 2025, the Magistrate Judge filed a Report and Recommendation ("R&R")

17 recommending that the Court grant Plaintiff's Motion for Default Judgment (Doc. 12) and

18 award damages for unpaid and overtime wages against all Defendants. (Doc. 13).[1] To date,

19 ─────────────────────

20 [1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

21

22        When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be
23        appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,

24

25        **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.

26        **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on
27        my behalf:

28        Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION[2]

Having reviewed the Magistrate Judge's R&R, Plaintiff's Motion and supporting affidavits, and no Objections having been made by any party thereto, the Court hereby adopts the Magistrate Judge's R&R. The Court finds that entry of default judgment and a statutory damages award totaling $529.20[3] is appropriate in this matter. (Doc. 13).

## CONCLUSION

Accordingly,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 13).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Default Judgment. (Doc. 12).

**IT IS FURTHER ORDERED** that Plaintiff Luis Enrique Ramos Perez is entitled to judgement in the amount of $529.20 against all Defendants, in which they shall be jointly and severally liable. This amount shall be subject to post-judgment interest at the applicable

---

[2]  The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Doc. 13).

[3]  This is a trebled amount under the Arizona Minimum Wage Act ("AMWA"), which engulfs Plaintiff's wage damages under the Fair Labor Standards Act ("FLSA").

federal rate pursuant to 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED directing** the Clerk of Court enter judgement accordingly.

**IT IS FURTHER ORDERED directing** Plaintiff to file a motion for attorney fees and costs on or before <u>February 3, 2026</u> pursuant to LRCiv 54.2**.**

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 20th day of January, 2026.

Stephen M. McNamee
Senior United States District Judge

- 3 -